```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                              CASE NO. 07 B 21709
    MICHAEL O. MOORE
                                                    CHAPTER 13

                                                    JUDGE: JOHN H SQUIRES

            Debtor
    SSN XXX-XX-7020


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/19/07 and confirmed on 02/01/08.

    2.  The case was dismissed after confirmation, 08/08/2008.

    3.  The Debtor paid a total of $   2100.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED VEHIC | 4115.00 | 174.05 | 883.79 |
| CORPORATE AMERICA FEDERA | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| B & A ASSOCIATES | UNSECURED | 1110.00 | .00 | .00 |
| COMMUNITY PROP MGMT CORP | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FAMILY | UNSECURED | 6291.63 | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| MAGES & PRICE | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 470.35 | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 828.42 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 3806.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 707.00 | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 825.65 | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 4361.31 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4115.00 | 3806.00 | 14594.36 | .00 | 22515.36 |
| PRINCIPAL PAID | 883.79 | .00 | .00 | .00 | 883.79 |
| INTEREST PAID | 174.05 | .00 | .00 | .00 | 174.05 |
| TOTAL PAID | 1057.84 | .00 | .00 | .00 | 1057.84 |

The Debtor's attorney, JOHN C DENT, was allowed $ 3500.00 and was paid $ 315.00 direct and $ 594.25 through the plan.

The Trustee received $ 97.91 .

Refunds to the Debtor totaled $ 350.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/13/08                        /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE